IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYREE A. WALKER,

        Petitioner,

v.                                           Case No. 20-cv-386-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Tyree A. Walker denying his motion for post conviction relief under 28 U.S.C. § 2255.


        _____s/ A. Wiseman, Deputy Clerk_____         _____5/1/2020_____
        Peter Oppeneer, Clerk of Court                                 Date